# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RONALD SATISH EMRIT**　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　Case No. 4:16-cv-00832-KGB

**U.S. DEPARTMENT OF COMMERCE,** *et al.*,　　　　　　　　　**DEFENDANTS**

## ORDER

For the following reasons, the Court dismisses without prejudice plaintiff Ronald Satish Emrit's complaint (Dkt. No. 2). In its August 25, 2017, Order, the Court directed Mr. Emrit to file an amended complaint within 30 days of the entry of that Order (Dkt. No. 7-1, at 3). Mr. Emrit has not responded to the Court's Order, and more than 30 days have passed since the Court entered that Order and since that Order was mailed to Mr. Emrit's current address on file with the Court. Pursuant to Local Rule 5.5(c)(2) of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, this case is dismissed without prejudice for failure to prosecute. If, upon receipt of this Order, Mr. Emrit wishes to file a motion to ask the Court to reconsider its dismissal of this action, the Court will consider such a motion.

So ordered this the 13th day of November, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge