IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RONALD SATISH EMRIT                                                                   PLAINTIFF

v.                          Case No. 4:16-cv-00832-KGB

U.S. DEPARTMENT OF COMMERCE, *et al.*,                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this action is dismissed without prejudice.

So adjudged this the 13th day of November, 2019.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge